FILED

04/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0533

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0533

_____

NATIONAL INDEMNITY COMPANY,

      Plaintiff and Appellant,

  v.

STATE OF MONTANA,

      Defendant and Appellee,

   and

TERRY JELLESED, RAYMOND
ABRAHAMSON, RANDALL BAETH,
MARLISE BAILEY, DELMAS BROOKS,
SHIRLEY CHAPMAN, RUTH FORE,
JEFFERY GOVI, THOMAS  JENKINS,
JAMES McNULTY, AND PHILLIP PEREZ,

      Interveners.

O R D E R

_____

    Pursuant to United Policyholders' motion for leave to file an amicus brief in the captioned matter, and good cause appearing,

    IT IS HEREBY ORDERED that the motion for leave to file an amicus brief is GRANTED.  United Policyholders shall file their brief on or before May 8, 2020.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 24 2020